IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| United States of America | |
| v. | Case No. 1:25-mj-00510 |
| Paul Wilson, Jr. a/k/a One, | |
| Defendant. | |

**Criminal Information**

Count 1
(Petty Offense)

The United States Attorney Charges That:

On or about August 25, 2025, at the Albert V. Bryan United States District Courthouse located at 401 Courthouse Square, Alexandria, VA 22314, within the special and territorial jurisdiction of the United States and within the Eastern District of Virginia, the defendant, Paul Wilson, Jr., a/k/a One, exhibited disorderly conduct, and exhibited other conduct on that property that (1) created a loud or unusual noise or a nuisance; (2) unreasonably obstructed the usual use of entrances, foyers, lobbies, corridors, or offices; and (3) otherwise impeded and disrupted the performance of official duties by Government employees.

(In violation of 41 C.F.R. § 102-74.390).

<u>Count 2</u>
(Petty Offense)

The United States Attorney Charges That:

On or about August 25, 2025, at the Albert V. Bryan United States District Courthouse located at 401 Courthouse Square, Alexandria, VA 22314, within the special and territorial jurisdiction of the United States and within the Eastern District of Virginia, the defendant, Paul Wilson, Jr., a/k/a One, did not comply "with the lawful direction of Federal police officers and authorized individuals" while on Federal property.

(In violation of 41 C.F.R. § 102-74.385).

                                                  Respectfully submitted,

                                                  Mary M. Cleary
                                                  Acting United States Attorney

Date: <u>September 22, 2025</u>        By:  <u>/s/                                        </u>
                                                                    Katlin K. O'Brien (DC Bar No. 241635)
                                                                    Special Assistant United States Attorney
                                                                    United States Attorney's Office
                                                                    2100 Jamieson Avenue
                                                                    Alexandria, Virginia 22314
                                                                    Phone: (703) 299-3784
                                                                    Fax: (703) 299-3980
                                                                    Email: Katlin.OBrien1@usdoj.gov